# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

### _____ DIVISION

### CIVIL COMPLAINT

Ernest W McAfee III _____ )
_____ )
_____ )
Enter above the full name of Plaintiff or Plaintiffs in this action )
)
)
VS. )
)
Internal Revenue Service _____ )
_____ )
_____ )
_____ )
Enter above the full name of Defendant or Defendants in this action )

CASE NO. _____

## I. Parties to this Civil Action

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on back side of this sheet.)

A. Name of Plaintiff  Ernest W McAfee III

    Address      6485 SE 601 RD
                       Collins Missouri
                       64738

B. Name of Defendant(s) - Internal Revenue Service

## II. Statement of Claim

(State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. [Use as much space as you need to state the facts. Attach extra sheets if necessary.] Unrelated separate claims should be raised in separate civil actions.)

Sac. Cal.

Luic Montez on or about Sept. 2006 Did Knowingly Alter tax

2006 Suspense unit in u.i. cal. ~~return the ~~~~~~ ~~~~~~~~ ~~ ~~~~~~

Return By $2,000,000 Dollars. Jan 7 2008 Paul Mazon Did Deny Me Due Proccess of Law. Irs Did File A Fraudulent Lien on Me, of public Record In 2008 + 5 counts theft By Fraud 2005 Refund 2006 Refund 2007 Refund 2008 Refund ←

**III.** Relief Economic Stemulus money

State briefly exactly what you want the Court to do for you.

Order to Cease & Desist + Remove Fraudulent Liens, Restore Credit + Good Name, Remove Fraudulent Reports From All Credit Buercas + All Electronic Sources + Pay refund Due Me with 8% Intrest per a day, as assesed against me + Restore my Bussiness

Make no legal arguments. Cite no cases or statutes.

**IV.** Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?

Yes ☑        No ☐

**V.** Do you claim actual or punitive monetary damages for the acts alleged in your complaint? Both

Yes ☑        No ☐

If you answered yes, state the amounts claimed and the **reasons** you claim you are entitled to recover money damages $5 million Dollars

Fraudulent Liens Destroyed My Bussiness's + My Good Credit + My health Loss of 6 year's of my life, persuit of happiness, Numerous Threats to levy property make me unemployable, Destroy my credit + Threat of Incarceration

**VI.** Counsel + Still maintain the fraud 6 months After I have proved my Innocence to IRS By Real Aduit performed Sept. 2009 + Nov. 2009 By Greg Richey Treasury Agent

Do you have an attorney to represent you in this civil action?

What Value Do you place on your Constitutional Rights?

Yes ☐        No ☑

A. Have you made any effort to contact a private attorney to determine if he or she would represent you in this civil action?

Yes ☑        No

B. If you answered yes, state the names and addresses of the attorneys contacted, and give the results of those efforts.

Still seeking Tort Attorney

C.    If you answered no, state your reasons why no such efforts have been made.

_____

_____

_____

_____

## VII.    Administrative Procedures

A.    Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?

Yes ☑    No ☐

B.    If you answered yes, state the date your claims were presented, how they were presented, and the result of that procedure. Presented By Ernest McAfee IN person at IRS Appeals office on
Jan 7 2008    Writien Claim Presented to
Irs Appeals Agent Paul Mazon kansas City Missouri
Attemp to Charge me with more than 20 Fianancial Crimes
No Reponse to Tort Claim other than Acknowledgment.

C.    If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures.

_____

_____

_____

_____

Signed this 29 day of March, 20 10

_____
Ernest W McAf

Signature of Plaintiff or Plaintiffs